April 8, 2002

Gary Eng, Senior Vice President
Zenith Administrators, Inc.
P.O. Box 11102
Chicago, IL 60611

Dear Mr. Eng:

    We are writing to confirm our previous agreement to amend our contract dated as of August 1, 1981, which provides for Zenith Administrators, Inc. (formerly known as Kelly & Associates) to serve as administrative manager to the United Food and Commercial Workers Union and Employers Pension Plan (formerly known as the Milwaukee Area Retail Food Clerks Pension Plan).

    Effective as of January 1, 2002, the annual fee to be paid by the Trustees to the Company shall be as follows:

| Effective Date | Annual Fee |
| --- | --- |
| January 1, 2002 | $463,500 |
| January 1, 2003 | $472,770 |
| January 1, 2004 | $486,953 |
| January 1, 2005 | $496,692 |
| January 1, 2006 | $511,593 |

There shall be no other increases in said fees prior to January 1, 2006.

    In all other respects, our contract as of August 1, 1981, as amended, shall continue in full force and effect.

EXHIBIT 2

Gary Eng, Senior Vice President
April 8, 2002
Page 2

If the foregoing clearly reflects your understanding of our arrangement, please execute this letter and return it to me.

Yours very truly,

BOARD OF TRUSTEES
United Food and Commercial Workers
Union and Employers Pension Plan

By: _____
　　　　　　　Chairman

By: _____
　　　　　　　Secretary

MW\847072

The foregoing is hereby accepted this _____ day of January, 2002.

ZENITH ADMINISTRATORS, INC.

By: _____
　　　Gary Eng, Senior Vice President